DONALD L. LEVINE BAR#102099
Law Office of Donald L. LeVine
1168 Union Street, Suite 303
San Diego, CA 92101
Telephone (619) 615-6200

Attorney for Defendant
SANTIAGO LINO TERAN

FILED
2010 APR -1  PM 2:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SANTIAGO LINO TERAN,<br><br>　　　　　Defendant. | Case No. 10CR00001H<br><br>**ORDER CONTINUING SENTENCING HEARING** |

**GOOD CAUSE APPEARING:**

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, Santiago Lino Teran shall be continued from April 5, 2010 at 9:00 a.m. to June 1, 2010 at 9:00 a.m. The defendant is in custody. The order accepting the plea was filed on February 8, 2010.

**SO ORDERED**

Dated: 4/1/10

MARILYN L. HUFF
United States District Court Judge

1